Laura IBANEZ, Plaintiff—Appellant,

v.

**VERIZON VIRGINIA, INCORPORATED, Defendant— Appellee.**

No. 03–1290.

United States Court of Appeals, Fourth Circuit.

Submitted Oct. 29, 2003.

Decided Dec. 3, 2003.

Laura Ibanez, Appellant pro se.

Lori Jean Searcy, Hogan & Hartson, L.L.P., Washington, D.C., for Appellee.

Before NIEMEYER, MICHAEL, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Laura Ibanez appeals the district court's order granting summary judgment for Verizon Virginia, Incorporated, in Ibanez's employment discrimination action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Ibanez v. Verizon Virginia, Inc.,* No.

---

(holding that claims raised for first time on appeal will not be considered absent exceptional circumstances).

CA–02–1103–A (E.D. Va. filed Feb. 25, 2003 & entered Feb. 26, 2003). Although we grant Ibanez's motion to file a pro se appendix, we deny her motions to file a formal brief and for oral argument. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*